UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                    Bankr. Case No. 22-18083-CMG

James Alfred Ross and Kendra L. Shafer-Ross                                  Chapter 13

       Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                         Americredit Financial Services, Inc. dba GM Financial
                         PO Box 183853
                         Arlington, TX  76096


                                           By  /s/  Mandy Youngblood

                                           Mandy Youngblood
                                           PO Box 183853
                                           Arlington, TX  76096
                                           877-203-5538
                                           877-259-6417
                                           Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                          Bankr. Case No. 22-18083-CMG

James Alfred Ross and Kendra L. Shafer-Ross                                                     Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 26, 2022 :

Lee Martin Perlman  
1926 Greentree Road  
Suite 100  
Cherry Hill, NJ 08003

Albert Russo  
CN 4853  
Trenton, NJ 08650

By /s/ Mandy Youngblood  
    Mandy Youngblood

xxxxx29010 / 1063250