UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
First Home Mortgage Company

| | |
|---|---|
| In Re: | Case No.: ___22-18083-CMG___ |
| James Alfred Ross, the 2nd, and Kendra L. Shafer-Ross, | Chapter: _____13_____ |
| | Hearing Date: ___12/7/2022___ |
| Debtors. | Judge: _____Gravelle_____ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: _Secured Creditor's Objection to Confirmation (Docket # 13)_____

_____

Date: _12/5/2022_____          /s/ Denise Carlon_____
                                        Signature

*rev.8/1/15*