| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-18083 / CMG**

| | |
|---|---|
| James Alfred Ross, 2nd | Petition Filed Date: 10/12/2022 |
| Kendra L. Shafer-Ross | 341 Hearing Date: 11/10/2022 |
| | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/31/2022 | $332.00 | 87964070 | 11/28/2022 | $332.00 | 88481070 | 01/04/2023 | $332.00 | 89125140 |
| 02/03/2023 | $332.00 | 89766190 | 03/02/2023 | $332.00 | 90321430 | | | |

**Total Receipts for the Period: $1,660.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,660.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James Alfred Ross, 2nd | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq. | Attorney Fees | $3,300.00 | $0.00 | $3,300.00 |
| | | No Disbursements: No Check | | | |
| 1 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $474.59 | $0.00 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2015 CHEVROLET SILVERADO 1500 | Debt Secured by Vehicle | $1,721.36 | $0.00 | $0.00 |
| 3 | DISCOVER BANK | Unsecured Creditors | $5,126.46 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $2,760.66 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $2,814.79 | $0.00 | $0.00 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $628.42 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $687.83 | $0.00 | $0.00 |
| 8 | SANTANDER CONSUMER USA INC dba<br>»» 2019 JEEP CHEROKEE | Debt Secured by Vehicle<br>Hold Funds: Pending Resolution | $23,775.00 | $0.00 | $0.00 |
| 9 | SANTANDER CONSUMER USA INC dba<br>»» 2019 JEEP CHEROKEE | Unsecured Creditors<br>Hold Funds: Pending Resolution | $458.01 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY CAPITAL BANK | Unsecured Creditors | $8,917.47 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $475.76 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»» CITIBANK/COSTCO | Unsecured Creditors | $4,526.38 | $0.00 | $0.00 |
| 13 | PINNACLE SERVICES SOLUTION LLC | Unsecured Creditors | $516.03 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $663.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-18083 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» SYNCHRONY/SAMS | Unsecured Creditors | $429.93 | $0.00 | $0.00 |
| 16 | NJ DIVISION OF TAXATION<br>»» 2021 | Priority Crediors | $317.55 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BOSCOV'S | Unsecured Creditors | $254.40 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP LLC AS AGENT<br>»» COMENITY CARD | Unsecured Creditors | $852.60 | $0.00 | $0.00 |
| 19 | SYNCHRONY BANK<br>»» JCP CREDIT CARD | Unsecured Creditors | $195.22 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK<br>»» AMAZON STORE CARD | Unsecured Creditors | $673.28 | $0.00 | $0.00 |
| 21 | FIRST HOME MTG CORPORATION<br>»» P/128 RITTENHOUSE DR/1ST MTG | Mortgage Arrears | $1,724.32 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,660.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $332.00 |
| Paid to Trustee: | $119.50 | Arrearages: | $0.00 |
| Funds on Hand: | $1,540.50 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.

