UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53704
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc. dba Chrysler Capital

In Re:

James Alfred Ross, 2nd
Kendra L. Shafer-Ross



Order Filed on June 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.  22-18083

Judge: (CMG)

# ORDER FOR SECURED AMOUNT TO BE PAID THROUGH DEBTOR'S CHAPTER 13 PLAN AND ADEQUATE PROTECTION PAYMENTS

The relief set forth on pages number two (2) through three (3) is hereby **ORDERED**.

**DATED: June 23, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: James and Kendra Ross / 53704
Case No: 22-18083
Caption of Order: Order for secured amount to be paid through debtor's chapter 13 plan and adequate protection payments

This matter having brought before this Court on a Motion for Stay Relief filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital with the appearance of Cory F. Woerner, Esquire on behalf of the debtors, and this Order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Santander Consumer USA Inc. dba Chrysler Capital ("Santander") is the holder of a first purchase money security interest encumbering a 2019 Jeep Cherokee bearing vehicle identification number 1C4PJMCB8KD395069.**

2. **That the secured amount that Santander shall be paid through the debtor's plan shall be $29,443.91. This amount is reached using the net loan balance of $23,689.29, amortized at 12.09% over 44 months.**

**(Page 3)**
Debtor: James and Kendra Ross / 53705
Case No: 22-18083
Caption of Order: Order for secured amount to be paid through debtor's chapter 13 plan and adequate protection payments

3. **That the Chapter 13 Trustee is hereby directed to make monthly adequate protection payments to Santander in the amount of $295.00. Adequate protection payments to Santander shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to Santander. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Santander until the remaining counsel fees have been paid. The debtor shall receive a credit for all adequate protection payments made against the total amount to be received by Santander through the plan.**

4. **That Santander shall retain its lien on the vehicle until it has been paid in full through the plan and the debtor completes the plan and receives a discharge. Title shall be turned over within 30 days of discharge.**