Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−18083−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Alfred Ross 2nd | Kendra L. Shafer−Ross |
| aka James A. Ross II | aka Kendra Lee Shafer−Ross |
| 128 Rittenhouse Dr | 128 Rittenhouse Dr |
| Willingboro, NJ 08046 | Willingboro, NJ 08046 |

Social Security No.:
  xxx−xx−2121                                              xxx−xx−0799

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 6, 2023.

Dated: July 6, 2023
JAN: rms

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18083-CMG |
| James Alfred Ross, 2nd | Chapter 13 |
| Kendra L. Shafer-Ross | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 06, 2023 | Form ID: plncf13 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Alfred Ross, 2nd, Kendra L. Shafer-Ross, 128 Rittenhouse Dr, Willingboro, NJ 08046-2573 |
| 519734220 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 519784103 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519734221 | + | Stephen Einstein & Associates, 39 Broadway, Ste 1250, New York, NY 10006-3089 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 06 2023 21:02:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| cr | + | Email/Text: bk@szjlaw.com | Jul 06 2023 21:02:00 | Santander Consumer USA Inc. dba Chrysler Capital, 2860 Patton Rd., Roseville, MN 55113-1100 |
| 519748182 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 06 2023 21:02:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519740593 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 06 2023 21:02:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519734203 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 06 2023 21:02:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519734204 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 06 2023 21:11:01 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519754158 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 06 2023 21:10:52 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519734206 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2023 21:03:00 | Cb/comenit, Attn: Bankruptcy, Po Box 182789, Columbus, OH 43218-2789 |
| 519734208 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2023 21:03:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519734207 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2023 21:03:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519734209 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 22-18083-CMG    Doc 41    Filed 07/08/23    Entered 07/09/23 00:16:25    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Jul 06, 2023 | Form ID: plncf13 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 06 2023 21:11:01 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519734210 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 06 2023 21:02:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 519734211 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 06 2023 21:10:52 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519794440 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 06 2023 21:02:00 | First Home Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519734213 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 06 2023 21:02:00 | First Home Mtg Corp/do, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 519741234 | | Email/Text: mrdiscen@discover.com | Jul 06 2023 21:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519734212 | + | Email/Text: mrdiscen@discover.com | Jul 06 2023 21:02:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519734214 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 06 2023 21:10:50 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519734215 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 06 2023 21:02:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519739082 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2023 21:10:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519748181 | | Email/PDF: cbp@omf.com | Jul 06 2023 20:59:16 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519734216 | + | Email/PDF: cbp@omf.com | Jul 06 2023 20:59:51 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519809577 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 06 2023 21:11:01 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519809578 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 06 2023 21:11:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519771562 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2023 21:11:19 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519749442 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 06 2023 21:03:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519789647 | | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2023 21:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519789644 | | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2023 21:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519761707 | | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2023 21:03:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519734218 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2023 21:11:01 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519734219 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 06 2023 21:03:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519757058 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 06 2023 21:03:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519790100 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 06 2023 21:11:22 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519734222 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2023 20:59:17 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po |

| | | | | |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 519734223 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2023 20:59:51 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519734224 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2023 20:59:52 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519734225 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2023 21:10:46 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519734226 | + | Email/Text: Bankruptcy@wsfsbank.com | Jul 06 2023 21:03:00 | Wilmington Sav Fund So, 30 Blue Hen Dr, Newark, DE 19713-3445 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519734205 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519734217 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519856847 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519856848 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor First Home Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Please consult attorney referral letter dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Lee Martin Perlman | on behalf of Debtor James Alfred Ross 2nd ecf@newjerseybankruptcy.com, |

District/off: 0312-3     User: admin     Page 4 of 4

Date Rcvd: Jul 06, 2023     Form ID: plncf13     Total Noticed: 44

mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman

on behalf of Joint Debtor Kendra L. Shafer-Ross ecf@newjerseybankruptcy.com
mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8