UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
    James Ross
    Kendra Ross

Case No.:     22-18083 CMG
Chapter:      13
Hearing Date: 12/06/2023
Judge:        CMG

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [ ] Motion for Relief from the Automatic Stay filed by _____, creditor,
   A hearing has been scheduled for _____, at _____.

   [X] Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for 12/06/2023, at 9:00 am.

   [ ] Certification of Default filed by _____.
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   [ ] Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

   [ ] Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

   [X] Other (explain your answer): We made a payment of $2,440.00 on 11/13/2023. We made a payment of $2,420.00 on 11/24/2023. We believe this brings us current.

3.     This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date: 11/28/2023                          /s/ James Ross
                                                    James Ross

Date: 11/28/2023                          /s/ Kendra Ross
                                                    Kendra Ross