| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-18083 / CMG**

James Alfred Ross, 2nd
Kendra L. Shafer-Ross

Petition Filed Date: 10/12/2022
341 Hearing Date: 11/10/2022
Confirmation Date: 07/05/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $332.00 | 89125140 | 02/03/2023 | $332.00 | 89766190 | 03/02/2023 | $332.00 | 90321430 |
| 04/03/2023 | $332.00 | 90878730 | 05/01/2023 | $332.00 | 91425640 | 06/01/2023 | $332.00 | 91953150 |
| 07/18/2023 | $2,440.00 | | 08/14/2023 | $2,440.00 | | 09/18/2023 | $2,420.00 | 93859580 |
| 11/20/2023 | $2,440.00 | | 11/27/2023 | $2,420.00 | 95000800 | 01/16/2024 | $2,000.00 | |

**Total Receipts for the Period:  $16,152.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $16,816.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | James Alfred Ross, 2nd | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,300.00 | $3,300.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $474.59 | $0.00 | $474.59 |
| 2 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2015 CHEVROLET SILVERADO 1500/ORDER 6/23/23 | Debt Secured by Vehicle | $30,815.46 | $2,163.00 | $28,652.46 |
| 3 | DISCOVER BANK | Unsecured Creditors | $5,126.46 | $0.00 | $5,126.46 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $2,760.66 | $0.00 | $2,760.66 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $2,814.79 | $0.00 | $2,814.79 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $628.42 | $0.00 | $628.42 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $687.83 | $0.00 | $687.83 |
| 8 | SANTANDER CONSUMER USA INC dba<br>»»  2019 JEEP CHEROKEE/ORDER 6/23/23 | Debt Secured by Vehicle | $29,443.91 | $2,065.00 | $27,378.91 |
| 9 | SANTANDER CONSUMER USA INC dba<br>»»  2019 JEEP CHEROKEE | Unsecured Creditors<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  COMENITY CAPITAL BANK/BJS | Unsecured Creditors | $8,917.47 | $0.00 | $8,917.47 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $475.76 | $0.00 | $475.76 |
| 12 | LVNV FUNDING LLC<br>»»  CITIBANK/COSTCO | Unsecured Creditors | $4,526.38 | $0.00 | $4,526.38 |
| 13 | PINNACLE SERVICES SOLUTION LLC | Unsecured Creditors | $516.03 | $0.00 | $516.03 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $663.00 | $0.00 | $663.00 |
| 15 | LVNV FUNDING LLC<br>»» SYNCHRONY/SAMS | Unsecured Creditors | $429.93 | $0.00 | $429.93 |
| 16 | NJ DIVISION OF TAXATION<br>»» 2021 | Priority Creditors | $317.55 | $0.00 | $317.55 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BOSCOV'S | Unsecured Creditors | $254.40 | $0.00 | $254.40 |
| 18 | QUANTUM3 GROUP LLC AS AGENT<br>»» COMENITY CARD | Unsecured Creditors | $852.60 | $0.00 | $852.60 |
| 19 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» JCP CREDIT CARD | Unsecured Creditors | $195.22 | $0.00 | $195.22 |
| 20 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» AMAZON STORE CARD | Unsecured Creditors | $673.28 | $0.00 | $673.28 |
| 21 | FIRST HOME MTG CORPORATION<br>»» P/128 RITTENHOUSE DR/1ST MTG | Mortgage Arrears | $1,724.32 | $708.17 | $1,016.15 |
| 22 | FIRST HOME MTG CORPORATION<br>»» P/128 RITTENHOUSE DR/REG. MTG. PMTS./ORDER 7/5/23 | Ongoing Mortgage | $0.00 | $3,490.20 | $0.00 |
| 23 | FIRST HOME MTG CORPORATION<br>»» P/128 RITTENHOUSE DR/POST-PET ARREARS ORDER 7/5/23 | Mortgage Arrears | $1,396.08 | $573.37 | $822.71 |
| 24 | FIRST HOME MTG CORPORATION<br>»» P/128 RITTENHOUSE DR/GAP PAYMENTS ORDER 7/5/23 | Mortgage Arrears | $1,396.08 | $1,396.08 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»» ORDER 1/8/24 | Attorney Fees | $552.00 | $0.00 | $552.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,816.00 | Plan Balance: | $112,293.00 ** |
| Paid to Claims: | $13,695.82 | Current Monthly Payment: | $2,420.00 |
| Paid to Trustee: | $1,286.18 | Arrearages: | $2,780.00 |
| Funds on Hand: | $1,834.00 | Total Plan Base: | $129,109.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.