

Garrison Property and Casualty Insurance Company

# TOTAL LOSS SETTLEMENT

**Notice of loss receipt:** January 13, 2024

JAMES ROSS
128 RITTENHOUSE DR
WILLINGBORO, NJ 08046

 **Review Your Total Loss Settlement**

March 7, 2024

Dear Mr. Ross,

This letter confirms that we've reached an agreement on the total loss settlement for your vehicle:

| | |
|---|---|
| USAA policyholder: | James A Ross |
| Claim number: | ███ |
| Date of loss: | January 13, 2024 |
| Loss location: | WESTAMPTON, NEW JERSEY |
| Vehicle: | 2015 CHEV SLV1500 |
| VIN: | ███ |

We've calculated your settlement based on your decision not to keep your vehicle. The following settlement includes the actual cash value (ACV) of the vehicle, applicable taxes and fees:

| | |
|---|---:|
| **Comparable vehicle actual cash value:** | $24,265.00 |
| **Sales tax:** | $1,607.56 |
| **Sales tax rate:** | 6.6% |
| **Other vehicle and transfer fees:** | $64.50 |
| **Gross total:** | $25,937.06 |
| Less deductible: | N/A |
| Net total: | $25,937.06 |

You'll receive a check for $25,937.06 separately.

Because you've decided not to keep the salvage vehicle, its ownership will transfer to USAA and it will be sold at a salvage auction. **You'll no longer have the right to access, inspect or use the vehicle as evidence in any legal action.** Please call us immediately if this does not reflect your understanding of our agreement.

## How to Contact Us

Please send any correspondence or questions to us using one of the following options and include the claim number on each page mailed or faxed:

| | | |
|---|---|---|
| 💻 | **usaa.com or our mobile app:** | Upload documents or post a secure message to your claim file through the Claim Communication Center. |
| @ | **Email:** | Send an email or attachments to your claim file at 3j5qhl3xk3p4d@claims.usaa.com.<br>Don't send private information via this channel. |
| ✉ | **Address:** | USAA Claims Department<br>P.O. Box 33490<br>San Antonio, TX 78265 |
| 🖨 | **Fax:** | 1-800-531-8669 |
| 📞 | **Phone:** | 1-210-531-8722 x52156 |

Sincerely,

*[signature]*

Richard
Injury Operations-SAT
Garrison Property and Casualty Insurance Company

Garrison Property and Casualty Insurance Company, a subsidiary of USAA Casualty Insurance Company, is authorized to use the USAA logo, a registered trademark of United Services Automobile Association.

Attached:  Address label for claims check PnC Claims

GM FINANCIAL
PO BOX 99605
PAYMENT PROCESSING
ARLINGTON TX 76096-9605



USAA
9800 Fredericksburg Rd
San Antonio TX 78288

**INVOICE #:**
**USAA #:**
**POLICYHOLDER:** James Ross

**LOSS RPT #:** 802
**LOSS DATE:** 01/13/2024
**LOB:** P&C
**CLAIMS REP:**
**CHECK #:**
**CHECK DATE:** 01/31/2024

**ADDITIONAL INFO:** METTS ALAN, SAT SATAC - - -

| EXPLANATION OF PAYMENT | TOTAL PAYMENT AMOUNT |
|---|---|
| Payment under Collision Coverage. James Ross 2015 CHEV SLV1500 Vin: TITLE TO COPART 200 GROVE ST. GLASSBORO, NJ 08028 | $**24,937.06 |

**RETAIN THE TOP PORTION FOR YOUR RECORDS**

USAA
9800 Fredericksburg Rd
San Antonio TX 78288

Bank of America
Hartford, CT

51-44/119 CT

**DATE**
01/31/2024

**TWENTY FOUR THOUSAND NINE HUNDRED THIRTY SEVEN AND 6/100 DOLLAR**

**Pay To The Order Of:** GM FINANCIAL

$**24,937.06

LOB: P&C

| USAA # | LOSS RPT # | LOSS DATE | POLICYHOLDER |
|---|---|---|---|
|  | 802 | 2024-01-13 | James Ross |

**PAYMENT EXPLANATION:**
Payment under Collision Coverage. James Ross 2015 CHEV SLV1500 Vin            TITLE TO COPART 200 GROVE ST. GLASSBORO, NJ 08028

*Minnie Hinds*
**Authorized Signature**

**VOID 180 DAYS FROM ISSUE DATE**

**USAA Confidential**