UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
James Ross
Kendra Shafer-Ross

Case No.: 22-18083 CMG

Chapter: 13

Hearing Date: April 17, 2024

Judge: Gravelle

## CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On __03/20/2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Motion to Approve Insurance Settlement, Statement to Why no Brief is Necessary, Certification, Exhibit, and Proposed Order                                                                                                             .

3. I hereby certify under penalty of perjury that the above-listed documents were sent using the mode of service indicated.


Dated:     03/20/2024                                    /s/ Aubrey Domico

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>AmeriCredit Financial Services, Inc. ,<br>dba GM Financial,<br>P O Box 183853,<br>Arlington, TX 76096<br><br>Capital One ,<br>Attn: Bankruptcy,<br>P.O. Box 30285,<br>Salt Lake City, UT 84130<br><br>Capital One N.A. ,<br>4515 N Santa Fe Ave,<br>Oklahoma City, OK  73118<br><br>Cb/comenit ,<br>Attn: Bankruptcy,<br>Po Box 182789,<br>Columbus, OH 43218<br><br>Costco Citi Card ,<br>Attn: Bankruptcy,<br>Po Box 6500,<br>Sioux Falls, SD 57117<br><br>Credit Acceptance ,<br>25505 West 12 Mile Rd, Suite 3000,<br>Southfield, MI 48034<br><br>Credit One Bank ,<br>Attn: Bankruptcy Department,<br>Po Box 98873,<br>Las Vegas, NV 89193 | Creditor | ___ Hand delivered<br> X  Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>   (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Discover Bank ,<br>Discover Products Inc,<br>PO Box 3025,<br>New Albany, OH  43054-3025<br><br>First Home Mortgage Corporation ,<br>1 Corporate Drive, Suite 360,<br>Lake Zurich, IL 60047<br><br>First Premier Bank ,<br>Attn: Bankruptcy,<br>Po Box 5524,<br>Sioux Falls, SD 57117<br><br>Internal Revenue Service ,<br>Centralized Insolvency Operations,<br>PO Box 7346,<br>Philadelphia, PA 19101-7346<br><br>LVNV Funding, LLC ,<br>Resurgent Capital Services,<br>PO Box 10587,<br>Greenville, SC 29603-0587<br><br>ONEMAIN ,<br>P.O. BOX 3251,<br>EVANSVILLE, IN 47731-3251<br><br>Pinnacle Service Solutions LLC ,<br>4408 Milestrip Rd #247,<br>Blasdell, NY 14219<br><br>Portfolio Recovery Associates, LLC ,<br>PO Box 41067,<br>Norfolk, VA 23541<br><br>Premier Bankcard, LLC ,<br>Jefferson Capital Systems LLC Assignee,<br>Po Box 7999,<br>Saint Cloud MN 56302-9617<br><br>Quantum3 Group LLC ,<br>PO Box 788,<br>Kirkland, WA  98083-0788<br><br>Resurgent Capital Services ,<br>Attn: Bankruptcy,<br>Po Box 10497,<br>Greenville, SC 29603 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Santander Consumer USA ,<br>Attn: Bankruptcy,<br>Po Box 961245,<br>Fort Worth, TX 76161<br><br>Santander Consumer USA, Inc. ,<br>d/b/a Chrysler Capital,<br>P.O. Box 961275,<br>Fort Worth, TX 76161-1245<br><br>State of New Jersey ,<br>Division of Taxation,<br>Bankruptcy Section,<br>PO Box 245,<br>Trenton, NJ 08695-0245<br><br>State of New Jersey ,<br>PO Box 283,<br>Trenton, NJ 08602<br><br>Stephen Einstein & Associates ,<br>39 Broadway, Ste 1250,<br>New York, NY 10006<br><br>Synchrony Bank ,<br>c/o AIS InfoSource, LP,<br>4515 N Santa Fe Ave,<br>Oklahoma City, OK 73118<br><br>Synchrony Bank,<br>Attn: Bankruptcy,<br>Po Box 965060,<br>Orlando, FL 32896<br><br>U.S. Trustee ,<br>US Dept of Justice,<br>Office of the US Trustee,<br>One Newark Center Ste 2100,<br>Newark, NJ 07102<br><br>Wilmington Sav Fund So ,<br>30 Blue Hen Dr,<br>Newark, DE 19713 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.