UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200

Order Filed on April 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James Alfred Ross, 2nd
Kendra L. Shafer-Ross

| | |
|---|---|
| Case No.: | 22-18083 |
| Hearing Date: | 04/03/2024 |
| Judge: | CMG |
| Chapter: | 13 |

Recommended Local Form    ☒ Followed    ☐ Modified

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 3, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of  AmeriCredit Financial Services, Inc. dba GM Financial , under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay are terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒ Personal property more fully described as:
   2015 Chevrolet Silverado 1500 bearing vehicle identifcation number 1GCVKREC7FZ229030

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                             Case No. 22-18083-CMG
James Alfred Ross, 2nd                                                                 Chapter 13
Kendra L. Shafer-Ross
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                        Page 1 of 2
Date Rcvd: Apr 03, 2024              Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

Recip ID            Recipient Name and Address
db/jdb               + James Alfred Ross, 2nd, Kendra L. Shafer-Ross, 128 Rittenhouse Dr, Willingboro, NJ 08046-2573

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2024                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:**

**Name**                   **Email Address**

Albert Russo
                             docs@russotrustee.com

Albert Russo
                             on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon
                             on behalf of Creditor Please consult attorney referral letter dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
                             on behalf of Creditor First Home Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John R. Morton, Jr.
                             on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com,
                             mortoncraigecf@gmail.com

John R. Morton, Jr.

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Lee Martin Perlman

on behalf of Debtor James Alfred Ross  2nd ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman

on behalf of Joint Debtor Kendra L. Shafer-Ross ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 10