| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | |
| In Re:<br>    James Ross<br>    Kendra Shafer-Ross | Case No.:     22-18083 CMG<br>Chapter:       13<br>Hearing Date: April 17, 2024<br>Judge:           Gravelle |

Order Filed on April 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER ON MOTION TO APPROVE INSURANCE SETTLEMENT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: April 17, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
In Re. James Ross, Kendra Shafer-Ross
22-18083 CMG
Order on Motion to Approve Insurance Settlement

The debtors having filed a Motion to Approve the Insurance Settlement, and the court having considered the matter and any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that the debtors' insurance settlement is approved;

it is **FURTHER ORDERED** that the debtors shall file a modified plan surrendering the total loss vehicle within fourteen (14) days of the date of this order.

The debtors shall serve a copy of this Order on the Trustee and any party objecting or appearing within seven (7) days of the date of this order.