UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on April 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

| | |
|---|---|
| Case No.: | 22-18083 CMG |
| Chapter: | 13 |
| Hearing Date: | April 17, 2024 |
| Judge: | Gravelle |

In Re:
    James Ross
    Kendra Shafer-Ross

**ORDER ON MOTION TO APPROVE INSURANCE SETTLEMENT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: April 17, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
In Re. James Ross, Kendra Shafer-Ross
22-18083 CMG
Order on Motion to Approve Insurance Settlement

---

The debtors having filed a Motion to Approve the Insurance Settlement, and the court having considered the matter and any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that the debtors' insurance settlement is approved;

it is **FURTHER ORDERED** that the debtors shall file a modified plan surrendering the total loss vehicle within fourteen (14) days of the date of this order.

The debtors shall serve a copy of this Order on the Trustee and any party objecting or appearing within seven (7) days of the date of this order.

United States Bankruptcy Court

District of New Jersey

In re:  
James Alfred Ross, 2nd  
Kendra L. Shafer-Ross  
    Debtors

Case No. 22-18083-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Apr 17, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + James Alfred Ross, 2nd, Kendra L. Shafer-Ross, 128 Rittenhouse Dr, Willingboro, NJ 08046-2573

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
    docs@russotrustee.com

Albert Russo  
    on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon  
    on behalf of Creditor Please consult attorney referral letter dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon  
    on behalf of Creditor First Home Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John R. Morton, Jr.  
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.

| | |
|---|---|
| | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Lee Martin Perlman | on behalf of Debtor James Alfred Ross 2nd ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Kendra L. Shafer-Ross ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 10