| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: 22-18083 CMG<br><br>Chapter: 13<br><br>Hearing Date: 07/03/2024 |
| In Re:<br>James Ross<br>Kendra Shafer-Ross | Judge: Gravelle |

**CERTIFICATION OF SERVICE**

1. I, Aubrey Domico:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On __05/17/2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: __Chapter 13 Modified Plan__ _____.

3. I hereby certify under penalty of perjury that the above-listed documents were sent using the mode of service indicated.

Dated: 05/17/2024                                            /s/ Aubrey Domico

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>AmeriCredit Financial Services, Inc. ,<br>dba GM Financial,<br>P.O. Box 183853,<br>Arlington, TX 76096<br><br>First Home Mortgage Corporation ,<br>1 Corporate Drive, Suite 360,<br>Lake Zurich, IL 60047 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |
|  | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.