| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:    22-18083 CMG<br>Chapter:     13<br>Hearing Date: 07/03/2024<br>Judge:       Gravelle |
| In Re:<br>    James Ross<br>    Kendra Shafer-Ross | |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,
   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for July 3, 2024, at 9:00 am.

   ☐ Certification of Default filed by _____.
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   ☐ Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

   ☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

   ☒ Other (explain your answer):
   The modified plan was filed on May 16, 2024. Amended Schedule J was filed on May 20, 2024. We believe this will bring us current.

3.     This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.     I certify under penalty of perjury that the above is true.


Date: 05/24/2024                                   /s/ James Ross

                                                          James Ross


Date: 05/24/2024                                   /s/ Kendra Schaifer-Ross

                                                          Kendra Schaifer-Ross