UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
    James Ross
    Kendra Shafer-Ross

Case No.:     22-18083 MEH
Chapter:      13
Hearing Date: 5/07/2025
Judge:        Hall

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [ ] Motion for Relief from the Automatic Stay filed by _____, creditor,
A hearing has been scheduled for _____, at _____.

   [X] Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for      May 7, 2025      , at 9:00 AM.

   [ ] Certification of Default filed by _____.
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   [ ] Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

   [ ] Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

   [X] Other (explain your answer): we would like to capitalize the missed payments into our Chapter 13 plan.

3.     This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date: 4/30/2025                                /s/ James Ross
                                                               Debtor's Signature

Date: 4/30/2025                                /s/ Kendra Shafer-Ross
                                                               Debtor's Signature