UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
James Ross
Kendra Shafer-Ross

Case No.: 22-18083 MEH

Chapter: 13

Hearing Date: 9/10/2025

Judge: Hall

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On __8/06/2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Motion to Suspend Plan Payments, Statement as to why no Brief is Necessary, Certification in Support of Motion to Suspend Trustee Payments, and Proposed Order.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 8/06/2025                                                                           /s/ Nicholas Ralston

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>AMERICREDIT FINANCIAL SERVICES  INC DBA GM 4000 EMBARCADERO DRIVE ARLINGTON TX 76014-4101<br><br>SANTANDER CONSUMER USA INC DBA CHRYSLER CAP 2860 PATTON RD ROSEVILLE MN 55113-1100<br><br>(P)AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL PO BOX 183853 ARLINGTON TX 76096-3853<br><br>AMERICREDIT FINANCIAL SERVICES  INC DBA GM P O BOX 183853 ARLINGTON  TX 76096-3853<br><br>AMERICREDITGM FINANCIAL ATTN BANKRUPTCY PO BOX 183853 ARLINGTON  TX 76096-3853<br><br>CAPITAL ONE ATTN BANKRUPTCY PO BOX 30285 SALT LAKE CITY  UT 84130-0285<br><br>CAPITAL ONE NA 4515 N SANTA FE AVE OKLAHOMA CITY  OK 73118-7901<br><br>CBCOMENIT ATTN BANKRUPTCY PO BOX 182789 COLUMBUS  OH 43218-2789<br><br>COMENITYCAPITALBOSCOV ATTN BANKRUPTCY DEPT PO BOX 182125 COLUMBUS  OH 43218-2125 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>   (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| COMENITYCAPITALBJSCLB ATTN BANKRUPTCY PO BOX 182125 COLUMBUS OH 43218-2125 | | |
| COSTCO CITI CARD ATTN BANKRUPTCY PO BOX 6500 SIOUX FALLS SD 57117-6500 | | |
| CREDIT ACCEPTANCE 25505 WEST 12 MILE RD SUITE 3000 SOUTHFIELD MI 48034-8331 | | |
| CREDIT ONE BANK ATTN BANKRUPTCY DEPARTMENT PO BOX 98873 LAS VEGAS NV 89193-8873 | | |
| DISCOVER BANK DISCOVER PRODUCTS INC PO BOX 3025 NEW ALBANY OH 43054-3025 | | |
| DISCOVER FINANCIAL ATTN BANKRUPTCY PO BOX 3025 NEW ALBANY OH 43054-3025 | | |
| FIRST HOME MORTGAGE PO BOX 4638 ENGLEWOOD COLORADO 80155-4638 | | |
| FIRST HOME MORTGAGE PO BOX 4638 ENGLEWOOD COLORADO 80155 FIRST HOME MORTGAGE PO BOX 4638 ENGLEWOOD COLORADO 80155-4638 | | |
| (P)DOVENMUEHLE MORTGAGE 1 CORPORATE DRIVE SUITE 360 LAKE ZURICH IL 60047-8945 | | |
| FIRST PREMIER BANK ATTN BANKRUPTCY PO BOX 5524 SIOUX FALLS SD 57117-5524 | | |
| INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 | | |
| LVNV FUNDING LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603-0587 | | |
| ONEMAIN PO BOX 3251 EVANSVILLE IN 47731-3251 | | |
| ONEMAIN FINANCIAL ATTN BANKRUPTCY PO BOX 3251 EVANSVILLE IN 47731-3251 | | |
| PINNACLE SERVICE SOLUTIONS LLC 4408 MILESTRIP RD 247 BLASDELL NY 14219-2553 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067 NORFOLK VA 23541-1067 | | |
| PREMIER BANKCARD LLC JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE PO BOX 7999 SAINT CLOUD MN 56302-7999 | | |
| QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK PO BOX 788 KIRKLAND WA 98083-0788 | | |
| QUANTUM3 GROUP LLC AS AGENT FOR COMENITY CAPITAL BANK PO BOX 788 KIRKLAND WA 98083-0788 | | |
| QUANTUM3 GROUP LLC AS AGENT FOR MOMA TRUST LLC PO BOX 788 KIRKLAND WA 98083-0788 | | |
| RESURGENT CAPITAL SERVICES ATTN BANKRUPTCY PO BOX 10497 GREENVILLE SC 29603-0497 | | |
| SANTANDER CONSUMER USA ATTN BANKRUPTCY PO BOX 961245 FORT WORTH TX 76161-0244 | | |
| SANTANDER CONSUMER USA INC DBA CHRYSLER CAPITAL PO BOX 961275 FORT WORTH TX 76161-0275 | | |
| (P)STATE OF NEW JERSEY DIVISION OF TAXATION ATTN BANKRUPTCY UNIT PO BOX 245 TRENTON NJ 08695-0245 | | |
| (P)STATE OF NEW JERSEY DIVISION OF TAXATION BANKRUPTCY UNIT PO BOX 245 TRENTON NJ 08646-0245 | | |
| STEPHEN EINSTEIN ASSOCIATES 39 BROADWAY STE 1250 NEW YORK NY 10006-3089 | | |
| SYNCHRONY BANK CO AIS INFOSOURCE LP 4515 N SANTA FE AVE OKLAHOMA CITY OK 73118-7901 | | |
| SYNCHRONY BANKAMAZON ATTN BANKRUPTCY PO BOX 965060 ORLANDO FL 32896-5060 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| SYNCHRONY BANKJCPENNEY ATTN BANKRUPTCY PO BOX 965060 ORLANDO  FL 32896-5060<br><br>SYNCHRONY BANKLOWES ATTN BANKRUPTCY PO BOX 965060 ORLANDO  FL 32896-5060<br><br>SYNCHRONY BANKSAMS ATTN BANKRUPTCY PO BOX 965060 ORLANDO  FL 32896-5060<br><br>WILMINGTON SAV FUND SO 30 BLUE HEN DR NEWARK  DE 19713-3445 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.