| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:    22-18083 MEH<br>Chapter:     13 |
| In Re:<br>      James Ross<br>      Kendra Shafer-Ross | Judge:       Hall |

## WITHDRAWAL OF DOCUMENT

James Ross and Kendra Shafer-Ross, debtor(s) in the captioned bankruptcy case, hereby withdraw(s) the following document:

| Document Name: | [Certification in Opposition to Motion to Suspend Plan Payments] |
|---|---|
| Date Filed: | [8/21/2025] |
| # on Docket: | [86] |

LAW OFFICES OF LEE M. PERLMAN
Attorneys for Debtor(s)

8/21/2025                                      By:    /s/  Lee M. Perlman
Date                                                         Lee M. Perlman, Esquire