UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
James Ross
Kendra Shafer-Ross

Case No.: 22-18083 MEH

Chapter: 13

Hearing Date: 10/01/2025

Judge: Hall

**CERTIFICATION OF SERVICE**

1. I, Nicholas Ralston:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for ___Lee M. Perlman___, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On ___8/21/2025___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Motion to Suspend Plan Payments, Statement as to why no Brief is Necessary, Certification in Support of Motion to Suspend Trustee Payments, and Proposed Order.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated:       9/15/2025                                                    /s/ Nicholas Ralston

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>KML Law Group<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.