|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ 08003<br>856-751-4224 | Order Filed on October 1, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 22-18083 MEH<br>Chapter: 13<br>Hearing Date:<br>Judge: Hall |
| In Re:<br>    James Ross<br>    Kendra Shafer-Ross | |

**ORDER**

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED**

**DATED: October 1, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2
In Re. James Ross, Kendra Shafer-Ross
22-18083 MEH
Order on Motion to Suspend Plan Payments

The debtors having filed a Motion to Suspend Plan Payments, and the court having considered the matter and any opposition thereto, and for good cause shown, it is hereby

__X__ ORDERED that the motion is GRANTED and the requirement that debtors make monthly payments to the Chapter 13 standing trustee is hereby suspended for two (2) months; and it is

FURTHER ORDERED that the debtors are not required to make payments to the Chapter 13 standing trustee for the months of August and September 2025 ("the suspended payments"); and it is

FURTHER ORDERED that within ten (10) days of the date of this Order, debtors shall file a modified Chapter 13 plan that provides for the capitalization of the suspended payments over the remaining term of the existing Chapter 13 plan; and it is

FURTHER ORDERED that debtors shall resume monthly payments to the Chapter 13 standing trustee with the payment due October 2025, in the amount set forth in the modified Chapter 13 plan required by this order.