Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey

402 East State Street
Trenton, NJ 08608

Case No.:  22−18083−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Alfred Ross 2nd
aka James A. Ross II
128 Rittenhouse Dr
Willingboro, NJ 08046

Kendra L. Shafer−Ross
aka Kendra Lee Shafer−Ross
128 Rittenhouse Dr
Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2121

   xxx−xx−0799

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:

Debtor and Joint Debtor was entered on February 4, 2026.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 4, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 22-18083-MEH

James Alfred Ross, 2nd                                                   Chapter 13

Kendra L. Shafer-Ross

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 4

Date Rcvd: Feb 04, 2026                    Form ID: 148                            Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + James Alfred Ross, 2nd, Kendra L. Shafer-Ross, 128 Rittenhouse Dr, Willingboro, NJ 08046-2573 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2026 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2026 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Feb 05 2026 01:42:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| cr | + | Email/Text: bk@szjlaw.com | Feb 04 2026 20:56:00 | Santander Consumer USA Inc. dba Chrysler Capital, 2860 Patton Rd., Roseville, MN 55113-1100 |
| 519748182 | | EDI: PHINAMERI.COM | Feb 05 2026 01:42:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519740593 | + | EDI: PHINAMERI.COM | Feb 05 2026 01:42:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519734203 | + | EDI: PHINAMERI.COM | Feb 05 2026 01:42:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519734204 | + | EDI: CAPITALONE.COM | Feb 05 2026 01:42:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519754158 | + | EDI: AIS.COM | Feb 05 2026 01:42:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519734206 | + | EDI: WFNNB.COM | Feb 05 2026 01:42:00 | Cb/comenit, Attn: Bankruptcy, Po Box 182789, Columbus, OH 43218-2789 |
| 519734208 | + | EDI: WFNNB.COM | Feb 05 2026 01:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519734207 | + | EDI: WFNNB.COM | Feb 05 2026 01:42:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519734209 | + | EDI: CITICORP | Feb 05 2026 01:42:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519734210 | + | Email/Text: ebnnotifications@creditacceptance.com | | |

District/off: 0312-3                    User: admin                    Page 2 of 4

Date Rcvd: Feb 04, 2026                 Form ID: 148                   Total Noticed: 46

| | | Feb 04 2026 20:55:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
|---|---|---|---|
| 519734211 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2026 21:00:43 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519794440 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 04 2026 20:56:00 | First Home Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519734213 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 04 2026 20:56:00 | First Home Mtg Corp/do, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 519741234 | EDI: DISCOVER | Feb 05 2026 01:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519734212 | + EDI: DISCOVER | Feb 05 2026 01:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520343220 | + Email/Text: bkmailings@nbsdefaultservices.com | Feb 04 2026 20:56:00 | First Home Mortgage, PO Box 4638, Englewood, Colorado 80155, First Home Mortgage, PO Box 4638, Englewood, Colorado 80155-4638 |
| 520343219 | + Email/Text: bkmailings@nbsdefaultservices.com | Feb 04 2026 20:56:00 | First Home Mortgage, PO Box 4638, Englewood, Colorado 80155-4638 |
| 519734214 | + EDI: AMINFOFP.COM | Feb 05 2026 01:42:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519734215 | EDI: IRS.COM | Feb 05 2026 01:42:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519739082 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 21:00:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519748181 | EDI: AGFINANCE.COM | Feb 05 2026 01:42:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519734216 | + EDI: AGFINANCE.COM | Feb 05 2026 01:42:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519809577 | EDI: PRA.COM | Feb 05 2026 01:42:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519809578 | EDI: PRA.COM | Feb 05 2026 01:42:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519771562 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 21:00:45 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519749442 | + EDI: JEFFERSONCAP.COM | Feb 05 2026 01:42:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519789647 | EDI: Q3G.COM | Feb 05 2026 01:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519789644 | EDI: Q3G.COM | Feb 05 2026 01:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519761707 | EDI: Q3G.COM | Feb 05 2026 01:42:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519734218 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 21:00:37 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519784103 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 04 2026 20:55:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519734220 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 04 2026 20:55:00 | State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 519734219 | + Email/Text: enotifications@santanderconsumerusa.com | | |

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: Feb 04, 2026 | Form ID: 148 | Total Noticed: 46

| Recip ID | | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 04 2026 20:57:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519757058 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 04 2026 20:57:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519734221 | ^ | MEBN | Feb 04 2026 20:51:01 | Stephen Einstein & Associates, 39 Broadway, Ste 1250, New York, NY 10006-3089 |
| 519790100 | + | EDI: AIS.COM | Feb 05 2026 01:42:00 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519734222 | + | EDI: SYNC | Feb 05 2026 01:42:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519734223 | + | EDI: SYNC | Feb 05 2026 01:42:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519734224 | + | EDI: SYNC | Feb 05 2026 01:42:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519734225 | + | EDI: SYNC | Feb 05 2026 01:42:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519734226 | + | Email/Text: Bankruptcy@wsfsbank.com | Feb 04 2026 20:57:00 | Wilmington Sav Fund So, 30 Blue Hen Dr, Newark, DE 19713-3445 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519734205 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519734217 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519856847 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519856848 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |

Albert Russo

docs@russotrustee.com

Denise E. Carlon

on behalf of Creditor First Home Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor Please consult attorney referral letter dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John R. Morton, Jr.

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Lee Martin Perlman

on behalf of Debtor James Alfred Ross  2nd ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman

on behalf of Joint Debtor Kendra L. Shafer-Ross ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 10