Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22–18083–EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Alfred Ross 2nd
aka James A. Ross II
128 Rittenhouse Dr
Willingboro, NJ 08046

Kendra L. Shafer–Ross
aka Kendra Lee Shafer–Ross
128 Rittenhouse Dr
Willingboro, NJ 08046

Social Security No.:
xxx–xx–2121                                         xxx–xx–0799

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 21, 2026</u>                    <u>Eamonn James O'Hagan</u>
                                        Judge, United States Bankruptcy Court